UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | |
| KENNETH HURD | : CHAPTER 13 |
| MELISSA HURD | : CASE NO. 13-21591 |
| DEBTORS | : SEPTEMBER 4, 2013 |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above-captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: September 4, 2013

By: _____
Linda J. St. Pierre, Esq.
Fed. Bar. No. CT 22287
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 4th day of August, 2013.

Kenneth Hurd
Melissa Hurd
83 Woodruff Circle
Berlin, CT 06037
(Debtors)

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtors Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: September 4, 2013     By: _____
Linda J. St. Pierre, Esq.
Fed. Bar. No. CT 22287
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606