UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
KENNETH HURD : CHAPTER 13
MELISSA HURD
    DEBTORS
: CASE NO. 13-21591 ASD

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
    MOVANT
VS.
KENNETH HURD
MELISSA HURD, DEBTORS
MOLLY T. WHITON, TRUSTEE : DECEMBER 5, 2013
    RESPONDENTS

## OBJECTION TO CONFIRMATION

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a secured creditor in the above bankruptcy case, by its undersigned counsel, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION respectfully objects to confirmation of Debtor's Plan and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in support of its objection respectfully alleges:

    1.    Upon information and belief the Plan does not pay the total arrearages due and owing JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

    2.    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION further reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

    3.    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a for Relief from Stay post

confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

    WHEREFORE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION prays that confirmation of the Debtor's Plan be denied.

THE MOVANT

By: _____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606
Federal Bar No. CT 22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing was served via first-class, postage prepaid and/or via ECF e-mail this 5th day of December, 2013 to the following parties:

Kenneth Hurd
Melissa Hurd
83 Woodruff Circle
Berlin, CT 06037
(Debtors)

Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtors' Attorney)

Molly T. Whiton
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
(Trustee)

Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Fed ID No. CT 22287