**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In Re: | : |
| KENNETH HURD | : CASE NO. 13-21591 ASD |
| MELISSA HURD | : CHAPTER 13 |
| DEBTORS | : |

**NOTICE OF APPEARANCE OF AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned is counsel for Wells Fargo Bank N.A. dba Wells Fargo Dealer Services and Wells Fargo Auto Finance, a creditor in the above-captioned case. Pursuant to Bankruptcy Rules 2002(g), 9007 and 9010(b), Wells Fargo Bank N.A. dba Wells Fargo Dealer Services and Wells Fargo Auto Finance hereby demands that all notices given or required to be given in this case, and all documents served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and documents referred to in the bankruptcy rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand-delivery, telephone, telegraph, electronically or otherwise which may affect the rights or interests of Wells Fargo Bank N.A. dba Wells Fargo Dealer Services and Wells Fargo Auto Finance in this case.

Dated at Bloomfield Connecticut on July 29, 2014.

/s/Mitchell J. Levine
Mitchell J. Levine
Federal Bar No. CT 07985
Counsel for Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services And Wells Fargo Auto Finance
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. 860-692-3164
Fax No. 860-242-2980
e-mail address: mlevine@nairlevin.com

**CERTIFICATION OF MAILING**

I hereby certify that a copy of the foregoing Notice of Appearance and Demand for Service of Documents was mailed via U.S. Postal Service, first class postage prepaid or electronically, on July 29, 2014 and to the following:

Debtor's Attorney
Suzann L. Beckett
543 Prospect Avenue
Hartford, CT 06105

Trustee
Molly T. Whiton
Chapter 13 Trustee
10 Columbus Boulevard 6th Floor
Hartford, CT 06106

U.S. Trustee
U.S. Trustee
Office of the U. S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-7016

/s/Mitchell J. Levine
Mitchell J. Levine